FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2021

No. 04-21-00021-CV

Nancy **ALANIS**,
Appellant

v.

**U.S BANK NATIONAL ASSOCIATION**, as successor trustee to Bank of America, National
Assocation, as successor by Merger to Lasalle Bank, M.A., as trustee for the MLMI Trust Series
2006-He6, Nationstar Mortgage, LLC d/b/a Mr. Cooper,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01238
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On January 19, 2021, appellant filed her notice of appeal. The clerk's record and reporter's record were due February 22, 2021. On February 2, 2021, Ms. Amy Hinds, the court reporter responsible for preparing the reporter's record in this appeal filed a notice with this court, stating appellant has failed (1) to request in writing that she prepare the reporter's record and (2) to pay or make arrangements to pay the fee for preparing the reporter's record. On February 3, 2021, this court ordered appellant to file written proof to this court **n**o later than February 15, 2021 that she has requested the official court reporter to prepare the reporter's report in compliance with Texas Rule of Appellate Procedure 34.6 and has filed a copy of the request with the trial court clerk. *See* Tex. R. App. P. 34.6(b)(2). We further ordered appellant to provide written proof to this court no later than February 15, 2021 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

On March 2, 2021, appellant filed a response to our order stating she has had problems obtaining the record. Appellant requests a sixty-day extension of time so that she may retain appellate counsel to ensure the clerk's record and reporter's record are complete. The request is GRANTED IN PART.

If appellant desires to retain appellate counsel, she must do so **no later than April 1, 2021**. Appellant is ORDERED to file written proof to this court **no later than April 16, 2021** that either (1) Ms. Hinds' fee has been paid or arrangements have been made to

FILE COPY

pay her fee; or (2) appellant is entitled to appeal without paying Ms. Hinds' fee. If appellant fails to respond within the time provided, this court will consider only those issues raised in appellant's brief that do not require a reporter's record for a decision. TEX. R. APP. P. 37.39(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court